IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE LOPEZ,<br><br>          Petitioner,<br><br>v.<br><br>SUPERINTENDENT, SCI ALBION, *et al.*,<br><br>          Respondents. | CIVIL ACTION NO. 17-3952 |

## ORDER

**AND NOW,** this 28th day of April 2021, upon careful and independent consideration of the Petition for Writ of Habeas Corpus and all related filings; and upon review of the Report and Recommendation ("R&R") of United States Magistrate Judge Lynne A. Sitarksi and the objections thereto; and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1.    The Clerk is directed to **REMOVE** the case from Civil Suspense;

2.    The objections are **OVERRULED**;

3.    The Report and Recommendation is **APPROVED** and **ADOPTED**;

4.    The Petition for Writ of Habeas Corpus is **DISMISSED with prejudice and without an evidentiary hearing**;

5.    A certificate of appealability **WILL NOT ISSUE** as there is no basis for concluding that "reasonable jurists could debate whether . . . the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further;"[1] and

---

[1] *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (internal citation and quotation omitted).

6. The Clerk of Court is directed to **CLOSE** the case.

It is so **ORDERED.**

          **BY THE COURT:**

          /s/ **Cynthia M. Rufe**
          _____
          **CYNTHIA M. RUFE, J.**